etc., of George Heldman, deceased. No opinion. Motion to dismiss appeal denied, with $10 costs.

HOWARD v. McNULTY et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Price S. Howard against Patrick H. McNulty and others. H. W. Merchant, for appellant. W. R. Hill, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOWLEY, Appellant, v. HOPKINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by William Howley against Frank Hopkins, as committee of Michael J. (otherwise known as Mitchel) Howley, an incompetent person. No opinion. Judgment affirmed, with costs.

HUBER, Appellant, v. MARINACCIO et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by Anthony Huber against Joseph Marinaccio and others. No opinion. Judgment of the County Court of Kings county affirmed, with costs.

HURD, Appellant, v. ATWATER, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by Raverdy L. Hurd against Lucius Atwater. No opinion. Judgment and order affirmed, with costs.

HYDRAULIC PRESS MFG. CO., Appellant, v. LANZA, Respondent, et al. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by the Hydraulic Press Manufacturing Company against Horace O. Lanza, impleaded with Peter Lanza and Salvatrice Lanza, his wife. No opinion. Judgment and order affirmed, with costs.

ISENHOWER, Respondent, v. SEA BEACH RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by John B. Isenhower against the Sea Beach Railway Company. D. A. Marsh, for appellant. J. T. Booth, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
McLAUGHLIN, J., dissents.

ISENHOWER, Respondent, v. SEA BEACH RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Emma S. Isenhower against the Sea Beach Railway Company. D. A. Marsh, for appellant. J. T. Booth, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
McLAUGHLIN, J., dissents.

ITALIAN SAVINGS BANK OF CITY OF NEW YORK, Respondent, v. DE ANGELIS, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by the Italian Savings Bank of the City of New York against Giuseppina De Angelis, impleaded with others. G. A. Baker, for appellant. R. W. Bernard, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JACOBS, Appellant, v. DENZER, Respondent. (Supreme Court, Appellate Division, First Department. February 2, 1912.) Action by Moses Jacobs against Sidney S. Denzer. A. D. Lind, for appellant. L. Salant, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JAFFE et al., Appellants, v. WELD et al., Respondents. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Action by Max Jaffe and others against Stephen M. Weld and others. G. T. Hogg, for appellants. E. H. Blanc, for respondents. No opinion. Order (132 N. Y. Supp. 505) affirmed, with $10 costs and disbursements, with leave to plaintiffs to amend on payment of costs. Order filed.

J. F. PFISTER CO., Respondent, v. MOULTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by J. F. Pfister Company against Ward A. Moulton. No opinion. Order affirmed, with $10 costs and disbursements.

JOHNSTONE, Respondent, v. MILLS et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Margaret P. Johnstone against W. Judson B. Mills and others. H. Aaron, for appellants. J. W. Osborne, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JOSUPEET, Respondent, v. CITY OF NIAGARA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by John Josupeet against the City of Niagara Falls. No opinion. Motion for leave to appeal (from 131 N. Y. Supp. 1122) to Court of Appeals denied, with $10 costs.

J. P. DUFFY CO., Respondent, v. FISCHETTI, Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by the J. P. Duffy Company against Michael Fischetti. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re JUDGE. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) In the matter of the application of